IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBIN DURBIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-cv-00143 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

The Petitioner, State Farm Mutual Automobile Insurance Company, defendant herein, respectfully states to the Court:

1. That there was commenced and is now pending in the Circuit Court of Jackson County, Missouri, a civil action in which Robin Durbin is the Plaintiff, State Farm Mutual Automobile Insurance Company is the Defendant, said case captioned as Robin Durbin, Plaintiff, v. State Farm Mutual Automobile Insurance Company, Defendant, Case No. 1416-CV27045.

2. That said action is a civil suit, of which this Court has original jurisdiction under the provisions of Title 28, U.S. Code, Section 1332, as amended, and is one which may be removed to this Court by Defendant, State Farm Mutual Automobile Insurance Company, pursuant to the provisions of Title 28, U.S. Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

3. That the Petitioner shows that said cause of action involves a controversy between citizens of different states, to-wit:

a. The plaintiff Robin Durbin is now, and was at the commencement of this action, a citizen and resident of the State of Missouri.

b. The defendant State Farm Mutual Automobile Insurance Company is an Illinois corporation with its principal place of business in Illinois.

4. That on November 19, 2014, plaintiff filed her Petition for Damages.

5. That Defendant was served on January 27, 2015, and this Notice is therefore filed within thirty (30) days after receipt by this Defendant of a filed copy of the plaintiff's Petition for Damages.

6. That there is filed herewith as Exhibit A, and by reference made a part hereof, a true and correct copy of all process, pleadings and orders received by defendant in reference to the above-captioned matter in the Circuit Court of Jackson County, Missouri.

WHEREFORE, Petitioner prays that further proceedings in the Circuit Court of Jackson County, Missouri, be discontinued, and that this action be removed to the United States District Court for the Western District of Missouri.

DEACY & DEACY, LLP

/s/ Dale L. Beckerman
Dale L. Beckerman, MO Bar #26937
Scott M. Harris, MO Bar #62927
920 Main Street, Suite 1900
Kansas City, Missouri 64105-2010
dlb@deacylaw.com
smh@deacylaw.com
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
ATTORNEYS FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

# CERTIFICATE OF SERVICE

   I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Laurie Del Percio
Douglas R. Horn
The Horn Law Firm, PC
19049 East Valley View Parkway, Suite J
Independence, Missouri 64055
Telephone: 816-795-7500
Facsimile: 816-795-7881
ldelpercio@hornlaw.com
dhorn@hornlaw.com
ATTORNEYS FOR PLAINTIFF

              _/s/ Dale Beckerman_____
              ATTORNEY FOR DEFENDANT STATE FARM
              MUTUAL AUTOMOBILE INSURANCE
              COMPANY